**Document Not Imaged**

**The paper document is available in the Clerk's Office Files Department**

Case 1:08-mc-00088   Document 4   Filed 03/07/2008   Page 1 of 1